IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONALD VATEDRO WEATHERLY,  )
#223 267,                   )
    Plaintiff,          )
                        )
v.                          )  CIVIL ACTION NO.: 2:11-CV-87-TMH
                        )                [WO]
J.L. WILLIAMS, POLICE OFFICER,  )
*et al*.,                   )
    Defendants.         )

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This 42 U.S.C. § 1983 action was filed by Plaintiff on February 4, 2011.  The court recently ascertained that Plaintiff is no longer housed at the Childersburg Work Release Center in Childersburg, Alabama,  which is the last service address the court has on file for Plaintiff.  All parties have an affirmative duty to inform the court of any change of address during the pendency of their actions.  Plaintiff was apprised of this requirement in the court's March 7, 2011 order of procedure.  (*See Doc. No. 7.*)

On December 17, 2012 the court  entered an order directing Plaintiff to provide the court with his present service address on or before December 27, 2012.  (*Doc. No.42.*) Plaintiff was cautioned that his failure to comply with the court's December 17 order would result in a recommendation that this case be dismissed.  (*Id.*) Plaintiff's copy of the December 17 order was returned to the court on December 26, 2012 marked as undeliverable.  As it appears clear that Plaintiff is no longer residing at the most recent

service address he provided to the court and that he has not provided this court with a new address for service, the undersigned concludes that dismissal of the complaint is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action and to comply with the orders of this court.

It is further

ORDERED that on or before **January 17, 2013**  the parties may file an objection to the  Recommendation. Any objection filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th  Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on

September 30, 1981.

Done this 3rd day of January, 2013.

_____/s/Charles S. Coody_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE