IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONALD VATEDRO WEATHERLY,  )
#223267,                                          )
                                                         )
       Plaintiff,                              )
                                                         )
v.                                                       )      CIV. ACT. NO.  2:11cv87-TMH
                                                         )                     (WO)
J.J. WILLIAMS, POLICE OFFICER, *et al.*, )
                                                         )
      Defendants.                          )

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case,
it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the
defendants and against the plaintiff, and that this action be and is hereby dismissed without
prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as
a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 6th day of February, 2013.

                                      /s/ Truman M. Hobbs
                            TRUMAN M. HOBBS
                            SENIOR UNITED STATES DISTRICT JUDGE